

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2017

No. 04-16-00767-CV

**BENEVOLENT HOSPICE, LLC**,
Appellant

v.

Joslynn **RATCLIFFE**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07893
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

   The clerk's record is due, but has not filed. The trial court clerk filed a notice stating appellant has not paid or made arrangements to pay for the clerk's fee to prepare the record and that appellant is not entitled to the record without paying the fee. We order appellant to provide written proof to this court by January 19, 2017 that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. See Tex. R. App. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. See Tex. R. App. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court